
**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

**BERNICE BATTLE, WILLIE BATTLE,**
Pro Se

    *Plaintiff*,

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERIQUEST MORTGAGE SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2004-R7; AMERICAN HOME MORTGAGE SERVICING, INC. D/B/A HOMEWARD RESIDENTIAL, INC., AMERIQUEST MORTGAGE COMPANY, et al.,**

    *Defendants*.

CIVIL ACTION NO.

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Ameriquest Mortgage Company, a Delaware Corporation, Defendant ("Ameriquest").

- ACC Capital Holdings Corporation is a Delaware corporation and the parent company of Defendant, Ameriquest Mortgage Company.

- Reid S. Manley, attorney for Ameriquest.

- Laura Westerman Tanner, attorney for Ameriquest.

- Burr & Forman LLP, law firm for Ameriquest.

- Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities, Inc., Asset-Backed Pass-Through Certificates Series 2004-R7, Defendant ("Deutsche Bank")

- American Home Mortgage Servicing, Inc. d/b/a Homeward Residential, Inc., Defendant

- Michelle Gervais, Esq., Attorney for Defendants, Deutsche Bank and Homeward Residential.

- Tony Perez, Esq., Attorney for Defendants, Deutsche Bank and Homeward Residential.

- Blank Rome LLP, Attorneys for Defendants, Deutsche Bank and Homeward Residential.

- Bernice Battle, Plaintiff

- Willie J. Battle, Plaintiff

2.  The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

- None other than those listed above.

3.  The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

- No parties have been identified at this time, other than those listed above.

4.  The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

*Defendant makes this statement solely for purposes of providing the information requested by the court and in no way admits that any civil or criminal conduct alleged to be wrongful occurred*:

Plaintiffs, Willie J. Battle and Bernice Battle, assert claims against the defendants for negligence, fraud, voiding certificate of title, wrongful foreclosure, breach of contract, breach of the implied covenant of good faith and fair dealing, and quiet title.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted this 16th day of September 2015,

> */s/ Laura Westerman Tanner*
> Reid S. Manley  (FL Bar No. 0011612)
> *Email: rmanley@burr.com*
> *Secondary Email: kbassett@burr.com*
> Laura Westerman Tanner (Florida Bar No. 85573)
> *Email: ltanner@burr.com*
> *Secondary: flservice@burr.com*
> Burr & Forman LLP
> 201 N. Franklin Street
> Suite 3200
> Tampa, FL 33602
> Telephone: (813) 221-2626
> Facsimile: (813) 221-7335
>
> *Attorneys for Defendant, Ameriquest Mortgage Corporate*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on the following by directing same to the parties listed below at the addresses listed below on this the 16th day of September, 2015:

| via Federal Express: | via Email: |
|---|---|
| Willie and Bernice Battle | Michelle Gervais, Esq. |
| 2602 Elva Place | Primary: MGervais@blankrome.com |
| Lehigh, Florida 33971 | Secondary: JNeel@blankrome.com |
| Email: williej@embarqmail.com | Tony Perez, Esq. |
| | Primary: BocaEService@blankrome.com |
| | Secondary: TPerez@blankrome.com |
| | 201 E. Kennedy Blvd., Suite 1680 |
| | Tampa, FL 33602 |

> */s/Laura Westerman Tanner*
> Attorney