UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

BERNICE BATTLE and WILLIE
BATTLE,

    Plaintiffs,

v.                                    Case No: 2:15-cv-563-FtM-38CM

AMERICAN HOME MORTGAGE
SERVICING INC.,

    Defendant.

## ORDER

This matter comes before the Court upon review of Defendant's Unopposed Motion for Extension of Time of Mediation Deadline (Doc. 69) filed on September 14, 2016. Plaintiffs do not oppose the requested relief. Doc. 69 at 4. Defendant seeks to extend the mediation deadline by sixty (60) days. *Id.* at 3.

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted).

Upon a review of the motion, the Court finds good cause to grant the requested extension.[1]

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendant's Unopposed Motion for Extension of Time of Mediation Deadline (Doc. 69) is **GRANTED**.

2. The mediation deadline is extended by sixty (60) days. The parties shall have up to and including November 14, 2016 to hold a mediation conference.

**DONE** and **ORDERED** in Fort Myers, Florida on this 15th day of September, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record

---

[1] The Court filed a Report and Recommendation on September 6, 2016. Doc. 67. District Judge Sheri Polster Chappell has not issued an Order on the Report and Recommendation (Doc. 67). The Court will address the remaining Case Management and Scheduling Order deadlines by a separate Order subsequently to Judge Chappell's ruling on the Report and Recommendation (Doc. 67).